UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASSAM ABED, <br>     Plaintiff, <br> vs. <br> FERRAS MILBES, <br>     Defendant. | Case No. 5:17-cv-02234-JGB-SP <br><br> **[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER** <br><br> Case Filed: November 1, 2017 <br> Judge:   Jesus G. Bernal |

**AFTER FULL CONSIDERATION** of the Stipulated Protective Order.

**IT IS HEREBY ORDERED THAT**

The Stipulated Protective Order submitted by Bassam Abed and Ferras Milbes shall govern discovery in this action.

ENTERED this 2nd day of November, 2018.

_____
Sheri Pym
United States Magistrate Judge