James M. Duncan, SBN 161174
*jduncan@kleinlaw.com*
Klein, DeNatale, Goldner,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Ave., Second Floor
Bakersfield, CA 93309
Telephone:   661-395-1000
Facsimile:    661-326-0418

JS-6

Attorneys for Plaintiff
BASSAM ABED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASSAM ABED,<br><br>                          Plaintiff(s),<br><br>        v.<br><br>FERRAS MILBES,<br><br>                          Defendant(s). | Case No. 5:17-CV-02234-JGB-SP<br><br>**ORDER ON STIPULATION AND ORDER/CONSENT DECREE GRANTING JUDGMENT RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Pursuant to the Stipulation entered into between the parties in the above-referenced action,

IT IS HEREBY ORDERED that:

1.      The Court has jurisdiction over each of the parties, and venue of this action is proper in the United States Court for the Central District of California.

2.      Plaintiff filed this case against Defendant for Trademark Infringement and Unfair Competition alleging that Defendant was infringing U.S. Trademark Registration No. 4,934,260 for the word mark MASSARI. Defendant disputes these claims.  Live controversies exist between the parties including these and other issues.

3.    The parties consent to the Court's entry of the Settlement Agreement attached in the form attached as Exhibit "A" to this Stipulation and Order/Consent Decree, the Settlement Agreement being fully incorporated herein by reference.

4.    The Court shall retain jurisdiction to enforce the Settlement Agreement and the Permanent Injunction set forth therein.

5.    The parties' execution of this Stipulation and Order/Consent Decree and the Settlement Agreement shall settle and resolve any and all claims of the Plaintiff arising from the events giving rise to the allegations described in the Complaint in this action and the Complaint is dismissed with prejudice.

DATED: <u>January 11, 2019</u>

THE HONORABLE JESUS G. BERNAL
United States District Court Judge

3PY3392                                                        ORDER ON STIPULATION AND ORDER/CONSENT
DECREE